|   |   |
|---|---|
| 1 | WILSON TURNER KOSMO LLP |
|   | JENNIFER C. ARNOLD (253065) |
| 2 | JONNA D. LOTHYAN (298650) |
|   | KYLE A. FELLENZ (285753) |
| 3 | 402 West Broadway, Suite 1600 |
|   | San Diego, California  92101 |
| 4 | Telephone:  (619) 236-9600 |
|   | Facsimile:   (619) 236-9669 |
| 5 | E-mail:  jarnold@wilsonturnerkosmo.com |
|   | E-mail:  jlothyan@wilsonturnerkosmo.com |
| 6 | E-mail:  kfellenz@wilsonturnerkosmo.com |

Attorneys for Defendants
KAISER FOUNDATION HOSPITALS INC., D/B/A KAISER PERMANENTE OAKLAND MEDICAL CENTER, KAISER PERMANENTE SAN LEANDRO MEDICAL CENTER, AND KAISER PERMANENTE HAYWARD MEDICAL CENTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KAMI HARTWICK, on her own behalf and as representative of the estate of T.J., MICHELLE PEREZ, on her own behalf and on behalf of her minor child N.G., ASHLEY GUTIERREZ, on her own behalf and as representative of the estate of A.G., and MALIKA GILLESPIE, on her own behalf and on behalf of her minor child M.K., | Case No. 3:22-cv-02598-EMC |
|---|---|
|   | **NOTICE OF ERRATA RE: KAISER FOUNDATION HOSPITALS INC.'S NOTICE OF LODGMENT OF EXHIBITS AND DECLARATIONS OF KERN CARSON AND KAYCEE VELARDE IN SUPPORT OF KAISER FOUNDATION HOSPITALS INC.'S MOTION TO SEVER AND COMPEL ARBITRATION** |
| Plaintiffs, |   |
| v. |   |
| MEAD JOHNSON & COMPANY, LLC, MEAD JOHNSON NUTRITION COMPANY, ABBOTT LABORATORIES, KAISER FOUNDATION HOSPITALS INC., D/B/A KAISER PERMANENTE OAKLAND MEDICAL CENTER, KAISER PERMANENTE SAN LEANDRO MEDICAL CENTER, AND KAISER PERMANENTE HAYWARD MEDICAL CENTER, and DOES 1-10, inclusive, | Date:       June 16, 2022<br>Time:       1:30 p.m.<br>Location:  Courtroom 5, 17th Flr.<br><br>Judge:      Hon. Edward Chen |
| Defendants, |   |

**TO THE COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant KAISER FOUNDATION HOSPITALS INC. inadvertently lodged an incomplete copy of the following Exhibit to their Notice of Lodgment (DKT 17-6):

| Exhibit | Description | Page Numbers |
|---|---|---|
| E | Cover Letter for the 2006 Lafayette Convalescent Hospital Group Agreement and Signed Signature pages from the Group Agreement | E13 |

Defendant KAISER FOUNDATION HOSPITALS INC. hereby lodges a replacement with the following updated pagination:

| Exhibit | Description | Page Numbers |
|---|---|---|
| E | Cover Letter for the 2006 Lafayette Convalescent Hospital Group Agreement and Signed Signature pages from the Group Agreement | E13a-E13c |

Please also take notice that declarants, Kern Carson and Kaycee Velarde were not available to sign their declarations in time to meet the May 12, 2022, deadline to respond to the complaint. As such, the declarations are being filed on May 13, 2022. No prejudice will result from this short delay.

Dated:   May 13, 2022            **WILSON TURNER KOSMO LLP**

By:   */s/ Jonna D. Lothyan*
JENNIFER ARNOLD
JONNA D. LOTHYAN
Attorneys for Defendant
KAISER FOUNDATION HOSPITALS, et al.